DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SLOAN HEFFRON (CABN 285347)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    Fax: (415) 436-7027
    Sloan.heffron@usdoj.gov

Attorneys for United States of America

FILED
AUG 30 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-mj-71284 MAG |
| Plaintiff, | [PROPOSED] DETENTION ORDER |
| v. | |
| ERNEST FOBBS, | |
| Defendant. | |

On August 14, 2019, defendant Ernest Fobbs was charged by complaint with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

The parties appeared before the Court on August 21, 2019, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Sophia Whiting. The government was represented by Assistant United States Attorney Sloan Heffron. The government moved for detention, arguing that no condition or combination of conditions of release would reasonably assure the appearance of the defendant as required or the safety of the community. The defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

In support of its motion for detention, the government proffered information about the nature and circumstances of the offense. The government stated that the defendant was found in possession of a

loaded semiautomatic firearm that had been reported stolen, a separate loaded magazine, over thirty rounds of loose ammunition, and various controlled substances. The government added that, immediately before contacting the defendant, officers observed the defendant in the Tenderloin District of San Francisco, in violation of an active stay away order issued in San Francisco Superior Court.

Regarding the history and characteristics of the defendant, the government proffered that the defendant has three prior felony convictions, including a 2016 conviction for stalking and a 2018 conviction for possession for sale of a controlled substance. The government added that, at the time of the instant offense, the defendant was active to two grants of felony probation out of San Francisco County.

Additionally, the Court considered the information contained in the Pretrial Services report, including that the defendant's San Francisco County probation officer advised that the defendant had not reported to probation during the last year. The Court also considered Pretrial Services' recommendation that the defendant be ordered detained pending trial due to the risk of nonappearance.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record and as summarized in this Order, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required. Additionally, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

These findings are made without prejudice to the defendant's right to seek review of his detention should new information arise.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the

defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

DATED: Aug 30, 2019

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge